UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK E. GRAY,

       Plaintiff,                    Case No. 05-71632

v.                                     District Judge Nancy G. Edmunds
                                     Magistrate Judge R. Steven Whalen

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER DISMISSING ORDER TO SHOW CAUSE

On September 12, 2005 this court issued an Order to Show Cause to the above named Plaintiff.

The court being fully advised in the premises;

IT IS HEREBY ORDERED that the Order to Show Cause is DISMISSED.

                                                      S/R. Steven Whalen
                                                      R. STEVEN WHALEN
                                                      UNITED STATES MAGISTRATE JUDGE

Dated: September 23, 2005

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 23, 2005.

                                                       S/Gina Wilson
                                                     Judicial Assistant